IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO BROWN,

    Plaintiff,                       No. 2:12-cv-0777 CKD P[1]

    vs.

BUTLER, et al.,

    Defendants.               ORDER

_____/

      By an order filed May 14, 2012, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

Dated: July 6, 2012

                                           _____
                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

de
brow0777.fifp

---

[1] On April 3, 2012, plaintiff consented to the jurisdiction of the undersigned (docket #4).

1